UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Louis Rascetta, David Fantini, William Ryan, )
George Davagian, Jr., M. John Dematteo, )
And John Shaugnessy, Jr., Trustees, )
International Union of Operating Engineers )
Local 4 Pension Fund )
and )
John N. Panaro, Peter White, Bruce Wood, )
Rodney Gillespie, Louis Rascetta, and )
John Shaugnessy, Jr., Trustees International )
Union of Operating Engineers Local 4 )
Health and Welfare Fund, )
    Plaintiffs, )
     )
v. )
     )
C&B Construction Management Trust, )
Inc. and Bruce Ross, )
    Defendants )

04 11716 RWZ

MAGISTRATE JUDGE Alexander

RECEIPT # 57130
AMOUNT $ 150
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
DATE 8/4/04

## COMPLAINT

NOW come the plaintiffs and state their complaint as follows:

1. This is an action under the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA"), particularly 29 U.S.C. §§ 1132 (a) (B)(ii), (d)(1) and (f) and § 301 et seq., of the Labor Management Relations Act of 1947 (hereinafter "LMRA"), 29 U.S.C.§ 185 et seq., to compel Defendants to pay an arrearage to the International Union of Operating Engineers Local 4 Pension, Health and Welfare Funds.

2. Plaintiffs, Louis Rascetta, David Fantini, William Ryan, George Davagian, Jr., M. John Dematteo, and John Shaugnessy, Jr., Trustees, International Union of

1

Operating Engineers Local 4 Pension Fund and John N. Panaro, Peter White, Bruce Wood, Rodney Gillespie, Louis Rasetta, and John Shaugnessy, Jr., Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, are fiduciaries of trust funds ("Funds") established in accordance with the provisions of 29 U.S.C. § 1002 (2). Said Funds have their principal place of business at 177 Bedford Street in Lexington, Massachusetts. This suit by said trustees is brought to enforce pension, health and welfare, and annuity fund liabilities.

3. Defendant C&B Construction Management Trust, Inc. is a Massachusetts corporation with its principal place of business at 16 Rear Main Street, Peabody, Massachusetts.

4. Defendant Bruce Ross is an individual who resides at 59 Riverview Road, Gloucester, Massachusetts.

5. Defendants are "employers in an industry affecting commerce" within the meaning of §§ 3(5), (11), (12), and 4(a) of ERISA, 29 U.S.C. § 1002(5), (11) and (12), and § 2(2), (6) and (7) of the Act, 29 U.S.C. § 152 (2), (6) and (7), for all times pertinent to this action.

6. The standard short form agreement governing contributions for Defendant C&B Construction Management Trust Inc., which employs members of Local 4 of the International Union of Operating Engineers, provides, inter alia, that said Defendant would contribute certain sums to the Pension Fund, Health and Welfare Fund for each hour worked by employees subject to the agreements.

2

7. Defendant C&B Construction Management Trust Inc. has failed to make its contributions due to said Funds in the sum of $33,468.74.

8. Defendant Bruce A. Ross is liable for the debts of his former company, Ashland Engineering, because he agreed to pay its liabilities to the plaintiffs. The last payment he made was on April 2, 2002, which brought the balance due to $23,193.28.

9. Defendant Bruce A. Ross, sole shareholder, is liable for C&B Construction Management Trust, Inc.'s debt to the plaintiffs. For, the corporate shield of such corporation should be pierced due to the fraudulent intent of Defendants to use Local 4 employees but not pay their benefits; for the lack of respect to the separate corporate entity by its officer and shareholder; and the degree of injustice visited upon Local 4 employees in this ERISA action. See Crane v. Green & Freedman Baking Co., Inc., 134 F. 3d 17 (1st Cir. 1998). Therefore, Ross is liable to said Funds in the sum of $33,468.74.

10. Ross is, moreover, liable to said Funds in the sum of $33,468.74. plus $23,193.28, see ¶ 8, for a total of $56,662.02.

11. The aforesaid agreement further provides that in the event a company fails to make its required contributions in a timely fashion, the company is further obligated to the said Funds, in addition to the amounts owed, for interest at the rate of ten percent (10%) from the date when payment was due and for all costs and reasonable attorney's fees extended by the Plaintiff Funds in having to collect the delinquent contributions.

WHEREFORE, the plaintiffs respectfully request that this Court enter judgment against Defendants C&B Construction Management Trust, Inc. and Bruce A. Ross as follows:

1. That the said Defendants be ordered to pay to the Plaintiffs the delinquent contributions due said Funds plus prejudgment interest in the amount of ten percent (10%) per annum from the date when each month's payment was due, pursuant to 29 U.S.C. § 1132 (g)(1) et seq.;

2. That said Defendants be ordered to submit to an audit and pay the cost of any audit which may be necessary to resolve any discrepancy or discrepancies which may arise in the amount due;

3. The said Defendants be ordered to pay the plaintiffs their costs and disbursements, including their reasonable attorney's fees in this action, pursuant to 29 U.S.C. §1132 (g) (1) et seq.;

4. That the Court order further relief as the Court may deem just and proper.

    Respectfully submitted,
    The Plaintiffs,
    By their attorney,

    *Robert O. B*
    Robert O. Berger
    11 Beacon Street, Suite 1210
    Boston, MA 02109
    (617) 423-7575
    BBO# 038900

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Louis Rasetta, et all

## DEFENDANTS
C&B Management Trust, Inc. and Bruce Ross

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Essex
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108

ATTORNEYS (IF KNOWN)

04 11716 RWZ

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

29 U.S.C. section 1132: ERISA collection

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $56,662.02

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 8/4/04

SIGNATURE OF ATTORNEY OF RECORD: Rob O. B

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   NONE

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   (YES)    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Robert O. Berger
ADDRESS           11 Beacon Street, Suite 1210, Boston, MA 02108
TELEPHONE NO.     617-423-7575

(Cover sheet local.wpd - 11/27/00)