UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS RASETTA, et al., )
)
    Plaintiffs, )
)
v. ) Case No. 04-11716-RWZ
)
C&B CONSTRUCTION MANAGEMENT )
TRUST, INC. and BRUCE ROSS, )
)
    Defendants. )
)

## ANSWER OF THE DEFENDANTS, C&B CONSTRUCTION MANAGEMENT TRUST, INC. AND BRUCE ROSS

**NOW COME** the defendants, C&B Construction Management Trust, Inc. ("C&B") and Bruce Ross ("Ross"), and make the following answer to the numbered allegations of the plaintiffs' Complaint.

    1.    No answer is required to the statement set forth in paragraph one.

    2.    The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph two and specifically call upon plaintiffs to prove same at trial.

    3.    The defendants admit that C&B is a Massachusetts corporation, and they deny the remaining allegations of paragraph three.

4. The defendants admit the allegations set forth in paragraph four.

5. Paragraph five sets forth a conclusion of pure law to which no answer is required.

6. To the extent that the plaintiffs in paragraph six seek to paraphrase the contents of a written contract, the defendants answer by stating that such document speaks for itself. The remaining allegations of paragraph six constitute allegations of pure law to which no answer is required.

7. The defendants deny each and every allegation set forth in paragraph seven.

8. The defendants deny each and every allegation set forth in paragraph eight.

9. The defendants deny each and every allegation set forth in paragraph nine. To the extent paragraph nine sets forth conclusions of law, no answer is required.

10. The defendants deny each and every allegation set forth in paragraph 10.

11. In answering the allegations of paragraph eleven, the defendants state that the written contract speaks for itself.

## FIRST AFFIRMATIVE DEFENSE

The plaintiffs' action is barred by the statute of frauds in that the plaintiffs seek to cause the defendants to answer for the debt of another.

## SECOND AFFIRMATIVE DEFENSE

If the defendants ever owed the plaintiffs anything, the plaintiffs have been paid in full and the defendants now owe the plaintiffs nothing.

        C&B CONSTRUCTION MANAGEMENT
        TRUST, INC. and BRUCE ROSS,
        By their attorney,

        /s/ Marshall F. Newman
        Marshall F. Newman
        BBO #370560
        NEWMAN & NEWMAN, P.C.
        One McKinley Square
        Boston, MA   02109
        (617) 227-3361

DATED:   September 13, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS RASETTA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>C&B CONSTRUCTION MANAGEMENT TRUST, INC. and BRUCE ROSS,<br><br>    Defendants. | Case No. 04-11716-RWZ |

## CERTIFICATE OF SERVICE

I, Marshall F. Newman, attorney for the defendants, hereby certify that I have this day served a copy of the within ANSWER OF THE DEFENDNATS, C&B CONSTRUCTION MANAGEMENT TRUST, INC. AND BRUCE ROSS upon the plaintiff, by mailing a copy thereof, first class mail, postage prepaid, to:

    Robert O. Berger, Esquire
    11 Beacon Street
    Suite 1210
    Boston, MA  02108

Signed under the pains and penalties of perjury this _13_ day of September, 2004.

_____
Marshall F. Newman