# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

PLAINTIFF

LOUIS RASETTA, et al.,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

C&B CONSTRUCTION MANAGEMENT
TRUST, INC. and BRUCE ROSS,

CASE NUMBER: 04-11716 RWZ

V. THIRD PARTY DEFENDANT

CENTENNIAL INSURANCE COMPANY

TO: (Name and address of Third Party defendant)

CENTENNIAL INSURANCE COMPANY, c/o Michael J. Hurley, Assistant Vice President, Atlantic Mutual Companies, 3 Giralda Farms, Madison, New Jersey, 07940

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger, Esquire
11 Beacon Street
Suite 1210
Boston, MA   02109

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Marshall F. Newman, Esquire
NEWMAN & NEWMAN, P.C.
One McKinley Square
Boston, MA   02109

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.



CLERK _____

(BY) _____

DATE  9-13-04

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE September 21, 2004 |
| NAME OF SERVER Marshall F. Newman | TITLE Attorney for Defendant/3rd Party Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed, via certified mail, return receipt requested, to: Centennial Insurance Company, c/o Michael J. Hurley, Assistant Vice President, Atlantic Mutual Companies, 3 Giralda Farms, Madison, New Jersey, 07940.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 21, 2004
             Date

Signature of Server
Marshall F. Newman, Newman & Newman, P.C.
One McKinley Square, Boston, MA 02109
Address of Server
(617) 227-3361

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.