UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 23 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LOUIS RASETTA, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 04-11716-RWZ |
| C&B CONSTRUCTION MANAGEMENT TRUST, INC. and BRUCE ROSS, | )<br>)<br>) |
| Defendants and<br>Third-Party Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| CENTENNIAL INSURANCE COMPANY, | )<br>) |
| Third-Party Defendant. | )<br>) |

**AFFIDAVIT OF COMPLIANCE UNDER GENERAL LAWS
OF MASSACHUSETTS, CHAPTER 223A, SECTION 6(a)(3)
AND FEDERAL RULES OF CIVIL PROCEDURE 4(h)(i)**

**NOW COMES** Marshall F. Newman of Newman & Newman, P.C., One McKinley Square, Boston, Massachusetts, on behalf of the defendant and third-party plaintiff, C&B Construction Management Trust, Inc., and says that on September 15, 2004, he did mail, certified mail, return receipt requested, to the third-party defendant, Centennial Insurance Company, at their known address, c/o Michael J. Hurley, Assistant Vice President, Atlantic Mutual Companies, 3 Giralda Farms, Madison, New Jersey, 07940, copies of Third-Party Complaint of the Defendant, C&B Construction

Management Trust, Inc. and Summons, and that the attached return receipt was returned, the postal authorities having made due delivery thereof.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF SEPTEMBER, 2004.

*[signature]*
Marshall F. Newman
NEWMAN & NEWMAN, P.C.
One McKinley Square
Boston, MA  02109
(617) 227-3361

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                             BOSTON, MASSACHUSETTS
                                         September 21, 2004

Then personally appeared before me the above-named MARSHALL F. NEWMAN and made oath to the truth of the foregoing Affidavit.

*[signature]*
NOTARY PUBLIC -- Janet D'Amore
My Commission Expires:  3/28/08

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X  *C. Hall*    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
C. HALL

C. Date of Delivery
9-17-04

1. Article Addressed to:
Centennial Ins. Co.
c/o Michael J. Hurley
Atlantic Mutual Co.

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type

Management Trust, Inc. and Summons, and that the attached return receipt was returned, the postal authorities having made due delivery thereof.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF SEPTEMBER, 2004.

*[signature]*
Marshall F. Newman
NEWMAN & NEWMAN, P.C.
One McKinley Square
Boston, MA 02109
(617) 227-3361

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                              BOSTON, MASSACHUSETTS
                                                          September 21, 2004

Then personally appeared before me the above-named MARSHALL F. NEWMAN and made oath to the truth of the foregoing Affidavit.

*[signature]*
NOTARY PUBLIC -- Janet D'Amore
My Commission Expires: 3/28/08

---

**[Domestic Return Receipt]**

SENDER:
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X *C. Hall*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): C. Hall
C. Date of Delivery: 9-17-04
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:
   Centennial Ins. Co.
   c/o Michael J. Hurley
   Atlantic Mutual Co.
   3 Giralda Farms
   Madison, NJ
   07940

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0007 4160 9824

Domestic Return Receipt                                   102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS RASETTA, et al., )
)
Plaintiffs, )
)
v. ) Case No. 04-11716-RWZ
)
C&B CONSTRUCTION MANAGEMENT )
TRUST, INC. and BRUCE ROSS, )
)
Defendants. )
)

## CERTIFICATE OF SERVICE

I, Marshall F. Newman, attorney for the defendants, hereby certify that I have this day served a copy of the within AFFIDAVIT OF COMPLIANCE UNDER GENERAL LAWS OF MASSACHUSETTS, CHAPTER 223A, SECTION 6(a)(3) AND FEDERAL RULES OF CIVIL PROCEDURE 4(h)(i) upon the plaintiff, by mailing a copy thereof, first class mail, postage prepaid, to:

Robert O. Berger, Esquire
11 Beacon Street
Suite 1210
Boston, MA  02108

Signed under the pains and penalties of perjury this 21 day of September, 2004.

*Marshall F. Newman* (signature)
———————————————
Marshall F. Newman