AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Louis Rasetta, et al

V.

C&B Management Trust, Inc.
AND Bruce Ross

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11716 RWZ

TO: (Name and address of Defendant)

C&B Management Trust, Inc.
16 Rear Main Street
Peabody, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger
11 Beacon Street
Suite 1210
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

AUG 04 2004
DATE

(By) DEPUTY CLERK



**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 7, 2004

By virtue of this writ I have made diligent search for the within-named C&B Management Trust, Inc. and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. $10.00. Attorney requested we serve Bruce Ross at 59 Riverview Road in Gloucester, Ma.

*Deputy Sheriff* (signed Richard Howell)

Deputy Sheriff Richard Howell

☐ Other (specify):

---



**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 7, 2004

I hereby certify and return that on 9/2/2004 at 10:45 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Bruce A. Ross, 59 Riverview Road, Gloucester, MA 01930, and by mailing 1st class to the above address on 9/2/2004. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $53.50

*Deputy Sheriff* (signed Richard Howell)

Deputy Sheriff Richard Howell

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.