UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS RASETTA, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>C&B CONSTRUCTION MANAGEMENT TRUST, INC. and BRUCE ROSS,<br><br>      Defendants and<br>      Third-Party Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br><br>      Third-Party Defendant. | CIVIL ACTION NO. 04-11716-RWZ |

## CORPORATE DISCLOSURE STATEMENT OF CENTENNIAL INSURANCE COMPANY

Pursuant to Local Rule 7.3 (D. Mass.), the defendant, Centennial Insurance Company ("Centennial"), states that it is a wholly owned subsidiary of Atlantic Mutual Insurance Company. Atlantic Mutual Insurance Company is a mutual insurance corporation organized under the laws of the State of New York.

Respectfully submitted,

CENTENNIAL INSURANCE COMPANY,

By its attorneys,

/s/ Thomas H. Hayman
Bert J. Capone, BBO #072880
Thomas H. Hayman, BBO #557279
CETRULO & CAPONE LLP
Two Seaport Lane
Boston, MA 02110
(617) 217-5500

Dated: October 8, 2004

## CERTIFICATE OF SERVICE

    I, Thomas H. Hayman, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, this 8th day of October, 2004, upon the following:

Robert O. Berger, Esq.
11 Beacon Street
Suite 1210
Boston, MA 02109

Marshall F. Newman, Esq.
Newman & Newman, P.C.
One McKinley Square
Boston, MA 02109

    /s/ Thomas H. Hayman
Thomas H. Hayman, BBO #557279

01625-0021
344938v1