UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11716-RWZ

LOUIS RASETTA, et al.,
    Plaintiffs,

v.

C&B CONSTRUCTION MANAGEMENT TRUST, INC. and BRUCE ROSS,
    Defendants and
    Third-Party Plaintiffs,

v.

CENTENNIAL INSURANCE COMPANY,
    Third-Party Defendant.

## JOINT DISCOVERY STATEMENT

1) All initial written discovery will be completed within ninety days.

2) All other discovery will be completed within one hundred and eighty days.

3) All dispositive motions will be filed within two hundred and forty days.

/s/ Thomas H. Hayman
Thomas H. Hayman (BBO #557279)
Cetrulo & Capone LLP
Two Seaport Lane
Boston, MA  02210
(617) 217-5500
Attorney for Third Party Defendant

/s/ Robert O. Berger
Robert O. Berger (BBO #038900)
11 Beacon Street, Suite 1210
Boston, MA  02108
(617) 423-7575
Attorney for Plaintiff

/s/ Marshall Newman
Marshall Newman
Newman & Newman
One McKinley Square
Boston, MA  02109
(617) 227-3361