UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS RASETTA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>C&B CONSTRUCTION MANAGEMENT TRUST, INC. and BRUCE ROSS,<br><br>    Defendants and<br>    Third-Party Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br><br>    Third-Party Defendant. | CIVIL ACTION NO. 04-11716-RWZ |

**CENTENNIAL INSURANCE COMPANY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned counsel and an authorized representative of Centennial Insurance Company hereby certify that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

    Respectfully submitted,

    CENTENNIAL INSURANCE COMPANY
    by its attorneys,


    /s/ Thomas H. Hayman
    Bert J. Capone (BBO #072880)
    Thomas H. Hayman (BBO #557279)
    Cetrulo & Capone LLP
    Two Seaport Lane
    Boston, MA  02210
    (617) 217-5500


    /s/ Michael J. Hurley
    Michael J. Hurley,
    Assistant Vice President,
    Atlantic Mutual Insurance Company,
    Parent Company of Centennial Insurance Co.
    Three Giralda Farms
    Madison, NJ 07940

DATED: November 8, 2004