UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11716-RWZ

| | |
|---|---|
| LOUIS RASETTA, et al, <br>     Plaintiffs | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| C&B MANAGEMENT TRUST, INC, et al. <br>     Defendants | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| CENTENNIAL INS. CO., <br>     Third Party Defendant | ) <br> ) <br> ) |

## **CERTIFICATE**

    This is to affirm that the Plaintiff and Plaintiff's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses- of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolutions programs such as those outlines in Local Rule 16.4.

                                        Signed By:

                                        _____/S/_____
                                        James Bucci for the Trustees

_____/S/_____
Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel: 617-423-7575
BBO NO. 038900
Attorney for Plaintiff