UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 - 11716 RWZ

| | |
|---|---|
| LOUIS RASETTA, et al, <br>     Plaintiffs | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| C&B CONSTRUCTION MANAGEMENT <br> TRUST, INC. and BRUCE ROSS <br> Defendants and Third-Party Plaintiffs | ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| CENTENNIAL INSURANCE COMPANY <br> Third-Party Defendant | ) <br> ) <br> ) |

**DEFENDANTS, C&B CONSTRUCTION MANAGEMENT
TRUST, INC. AND BRUCE ROSS' CERTIFICATION
PURSUANT TO LOCAL RULE 16.1**

    The undersigned counsel, an authorized representative of the Defendant, C&B Construction Management Trust, Inc. and the Defendant, Bruce Ross hereby certify that they have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Defendants, C&B Construction Management
Trust, Inc. and Bruce Ross
By Their Attorneys,


/s/ Marshall F. Newman
Richard Joyce, BBO # 641495
Marshall F. Newman, BBO # 370560
Newman & Newman, P.C.
One McKinley Square
Boston, MA 02109
(617) 227-3361


/s/ Bruce Ross
Bruce Ross, President and Individually
C&B Construction Management Trust, Inc.
16 Rear Main Street
Peabody, MA 01760

## **CERTIFICATE OF SERVICE**

  I, Richard Joyce, counsel for the Plaintiff do hereby certify that I served the Defendants, C&B Construction Management Trust, Inc. and Bruce Ross' Initial Disclosure this \_\_\_\_ day of November 2004, by mailing copies of the same, via first-class mail, postage prepaid, to the following:

Thomas H. Hayman, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02110

Robert O. Berger, Esquire
11 Beacon Street, Suite 1210
Boston, MA 02109

               _____
               Richard Joyce