UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 - 11716 RWZ

| | |
|---|---|
| LOUIS RASETTA, et al, <br>     Plaintiffs | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| C&B CONSTRUCTION MANAGEMENT <br> TRUST, INC. and BRUCE ROSS <br> Defendants and Third-Party Plaintiffs | ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| CENTENNIAL INSURANCE COMPANY <br> Third-Party Defendant | ) <br> ) <br> ) |

**DEFENDANTS, C&B CONSTRUCTION MANAGEMENT
TRUST, INC. AND BRUCE ROSS' INITIAL DISCLOSURE**

     Now comes, the Defendants/Third-Party Plaintiffs, C&B Construction Management Trust, Inc. and Bruce Ross (hereinafter "C&B and Ross") and makes this disclosure in accordance with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A).

I.    Rule 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of information.

    A.    The following individuals may have information regarding the contributions allegedly due to the Local 4 Pension Fund for C&B's employees:

        1.    Bruce Ross, C&B Construction Management Trust, Inc., 16 Rear Main Street, Peabody, Massachusetts;
        2.    Jeffrey A. Gordon, C&B Construction Management Trust, Inc., 16 Rear Main Street, Peabody, Massachusetts;
        3.    Dennis Drane, C&B Construction Management Trust, Inc., 16 Rear Main Street, Peabody, Massachusetts; and
        4.    Keeper of Records, International Union of Operating Engineers Local 4, Health and Welfare Fund, 177 Bedford Street, Lexington, Massachusetts.

    B.    The following individuals may have information regarding 1.) the construction projects for which Centennial Insurance Company (hereinafter "Centennial") issued surety bonds on behalf of C&B;  2. the Joint Control Trust Account Agreement (hereinafter "JCTAA"; 3.) the dealings and transactions regarding the JCTAA; and 6.) Communications with Centennial.

1. Bruce Ross, C&B Construction Management Trust, Inc., 16 Rear Main Street, Peabody, Massachusetts;
2. Jeffrey A. Gordon, C&B Construction Management Trust, Inc., 16 Rear Main Street, Peabody, Massachusetts;
3. Dennis Drane, C&B Construction Management Trust, Inc., 16 Rear Main Street, Peabody, Massachusetts;
4. Michael J. Hurley, Assistant Vice President, Atlantic Mutual Insurance Company, Three Giralda Farms, Madison, New Jersey;
5. Stehen Ferretti, Cashin, Spinelli & Ferretti, LLC, 4170 Veterans Memorial Highway, Bohemia, New York;
6. Richard LaGuardia, Cashin, Spinelli & Ferretti, LLC, 4170 Veterans Memorial Highway, Bohemia, New York;
7. John Stos, Cashin, Spinelli & Ferretti, LLC, 4170 Veterans Memorial Highway, Bohemia, New York;
8. Victoria DiGaudio, Cashin, Spinelli & Ferretti, LLC, 4170 Veterans Memorial Highway, Bohemia, New York, 4170 Veterans Memorial Highway, Bohemia, New York;
9. Keeper of Records, Centennial Insurance Company, New York, New York.

II.    Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

The Defendants, C&B Construction Management Trust, Inc. and Bruce Ross may use the following documents to support their defenses and claims:

1. Copies of the surety bonds issued by Centennial on behalf of C&B, as principal;
2. Copy of the JCTAA;
3. Payroll records of C&B's employees;
4. C&B's correspondences to/from Centennial, Atlantic Mutual Insurance Company and/or Cashin, Spinelli & Ferretti, LLC relative to JCTAA; and
5. C&B's correspondences to/from International Union of Operating Engineers Local 4, Health and Welfare Fund relative to contributions made on behalf of C&B.

III.   Rule 26(a)(1)(C):  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

   The Defendants, C&B and Bruce Ross state that all contributions to the International Union of Operating Engineers Local 4, Health and Welfare Fund were made in a timely manner prior to the JCTAA.  Therefore, C&B and Bruce Ross calculates their damages to be the all outstanding contributions after the execution of the JCTAA.  C&B and Bruce Ross await the computation of damages from the International Union of Operating Engineers Local 4, Health and Welfare Fund relative to contributions allegedly due for hours worked by C&B's employees.

IV.   Rule 26(a)(1)(D): For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

   The Defendants, C&B Construction Management Trust, Inc. and Bruce Ross state that they know of no available insurance agreement other than the bonds issued by Centennial.

V.   Rule 26(b)(5): Claims of Privilege or Protection of Trial Preparation Materials

   The Defendants, C&B Construction Management Trust, Inc. and Bruce Ross assert privilege as to any and all correspondence, communications, internal notes and memoranda by and between themselves and their attorneys.

Defendants, C&B Construction Management
Trust, Inc. and Bruce Ross
By Their Attorneys,

/s/ Richard Joyce
Richard Joyce, BBO # 641495
Marshall F. Newman, BBO # 370560
Newman & Newman, P.C.
One McKinley Square
Boston, MA 02109
(617) 227-3361

**CERTIFICATE OF SERVICE**

      I, Richard Joyce, counsel for the Plaintiff do hereby certify that I served the Defendants, C&B Construction Management Trust, Inc. and Bruce Ross' Initial Disclosure this ____ day of November 2004, by mailing copies of the same, via first-class mail, postage prepaid, to the following:

Thomas H. Hayman, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02110

Robert O. Berger, Esquire
11 Beacon Street, Suite 1210
Boston, MA 02109

                                              /s/ Richard Joyce
                                              Richard Joyce