UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS RASETTA, et al,<br>　　　Plaintiffs<br><br>v.<br><br>C&B CONSTRUCTION MANAGEMENT<br>TRUST, INC. and BRUCE ROSS,<br>　　　Defendants and Third-<br>　　　Party Plaintiffs<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>　　　Third-Party Defendant | Case No. 04-11716 RWZ |

**NOTICE OF APPEARANCE**

　　　Please note the appearance of the undersigned as counsel to the plaintiffs Louis Rasetta, et al.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LOUIS RASETTA, et al,

　　　　　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　　　　/s/Anne R. Sills
　　　　　　　　　　　　　　　　　　　　　　Anne R. Sills, Esquire
　　　　　　　　　　　　　　　　　　　　　　BBO #546576
　　　　　　　　　　　　　　　　　　　　　　Segal, Roitman & Coleman
　　　　　　　　　　　　　　　　　　　　　　11 Beacon Street
　　　　　　　　　　　　　　　　　　　　　　Suite #500
　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　　　(617) 742-0208


Dated:  January 5, 2005

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the above Notice of Appearance has been served by first class mail upon the attorneys listed below this 5th day of January, 2005.

Marshall F. Newman, Esquire  
Richard Joyce, Esquire  
Newman & Newman, P.C.  
One McKinley Square  
Boston, MA  02109  
*(C&B Construction Management Trust, Inc. and Bruce Ross)*

Bert J. Capone, Esquire  
Thomas H. Hayman, Esquire  
Cetrulo & Capone, LLP  
Two Seaport Lane  
Boston, MA  02210  
*(Centennial Insurance Company)*

Robert O. Berger, Esquire  
11 Beacon Street  
Suite #1210  
Boston, MA  02108

/s/ Anne R. Sills  
Anne R. Sills, Esquire

ARS/ars&ts  
3118 05-004/appearance.doc