UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 - 11716 RWZ

| | |
|---|---|
| LOUIS RASETTA, et al, <br>     Plaintiffs | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| C&B CONSTRUCTION MANAGEMENT <br> TRUST, INC. and BRUCE ROSS <br> Defendants and Third-Party Plaintiffs | ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| CENTENNIAL INSURANCE COMPANY <br> Third-Party Defendant | ) <br> ) <br> ) |

**ASSENTED TO MOTION OF THE DEFENDANTS, C&B CONSTRUCTION MANAGEMENT TRUST, INC. AND BRUCE ROSS, TO CONTINUE STATUS CONFERENCE HEARING**

    Now come the Defendants/Third-Party Plaintiffs, C&B Construction Management Trust, Inc. and Bruce Ross (hereinafter "C&B and Ross") with the assent of both the Plaintiffs and the Third-Party Defendant and request that this Court continue the status conference scheduled for February 10, 2005 at 2:00 p.m.

    As grounds therefor, the Defendants state that counsel for the Defendants and counsel for the Plaintiff have been working together to schedule an audit of C&B's payroll records for the period 2001 through 2004. The audit of C&B's 2003 and 2004 records is scheduled to take place within the next two weeks. The result of this audit will determine the amounts, if any, that are allegedly due from C&B and/or Centennial Insurance Company for the 2003 and 2004 periods. Arrangements for an audit of the 2001 and 2002 records are underway. The Parties will be in a better position to discuss the underlying merits and potential settlement of the case after reviewing the audit results.

    No Party will be prejudiced by the allowance of this motion.

    Wherefore, the Defendants, C&B and Ross with the assent of both the Plaintiffs and the Third-Party Defendant request that this Court continue the status conference scheduled for February 10, 2005 at 2:00 p.m. to a convenient date and time for this Court during the week of March 7, 2005 (but not on March 8, 2005).

Defendants, C&B Construction Management
Trust, Inc. and Bruce Ross
By their attorney,


/s/ Richard Joyce                                          _
Richard Joyce, BBO # 641495
Newman & Newman, P.C.
One McKinley Square
Boston, MA 02109
(617) 227-3361

Assented to by:


Plaintiff, Louis Rasetta, et al,
By their attorney,

/s/ Anne R. Sills                                        _
Anne R. Sills, BBO #546576
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA 02108
(617) 742-0208


Third-Party Defendant, Centennial Ins. Co.,
By its attorney,

/s/ Thomas H. Hayman                                _
Thomas H. Hayman, BBO #557279
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02110