UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS RASETTA, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>C&B CONSTRUCTION MANAGEMENT TRUST, INC. and BRUCE ROSS,<br><br>       Defendants and<br>       Third-Party Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br><br>       Third-Party Defendant. | CIVIL ACTION NO. 04-11716-RWZ |

**STIPULATION OF DISMISSAL**

Now come all parties to the above-captioned case and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims that were asserted and all claims that could have been asserted by any party against the third-party defendant, Centennial Insurance Company, are hereby dismissed with prejudice and without costs, all rights of appeal being waived.

| | |
|---|---|
| Respectfully submitted,<br>C&B CONSTRUCTION MANAGEMENT TRUST, INC. and BRUCE ROSS,<br>by their attorneys, | Respectfully submitted,<br>CENTENNIAL INSURANCE COMPANY<br><br>by its attorneys, |
| /s/Richard Joyce<br>Richard Joyce, Esq. (BBO# 641495)<br>Newman & Newman, P.C.<br>One McKinley Square<br>Boston, MA  02109 | /s/ Thomas H/ Hayman<br>Bert J. Capone (BBO #072880)<br>Thomas H. Hayman (BBO #557279)<br>Cetrulo & Capone LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 217-5500 |

01625-0021
379266v1

Respectfully submitted,
LOUIS RASSETTA, et al
By their attorneys,


/s/ Anne R.Sills_____
Anne R. Sills, Esq. (BBO# 546576)
Segal, Roitman & Coleman
11 Beacon Street
Suite 500
Boston, MA 02108


Dated:  June 30, 2005

01625-0021
379266v1