UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS RASETTA, et al,<br>         Plaintiffs<br><br>v.<br><br>C&B CONSTRUCTION MANAGEMENT<br>TRUST, INC. and BRUCE ROSS,<br>         Defendants and Third-<br>         Party Plaintiffs<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>         Third-Party Defendant | Case No. 04-11716 RWZ |

**PLAINTIFFS' UNOPPOSED MOTION TO REOPEN**

Plaintiffs Louis Rasetta, et al, respectfully move to reopen this case. As grounds therefore, plaintiffs state as follows:

1.  This Court entered an Order of Dismissal on July 1, 2005 without prejudice to the right, "upon good cause shown within 60 days, to reopen the action if settlement is not consummated."

2.  There is good cause to reopen the action. Due to the protracted payment schedule defendant C&B Construction Management Trust, Inc. ("C&B") is seeking, settlement has not been consummated and will not be consummated until late 2006. Under these circumstances, plaintiffs' interests would be best protected with an entry of Judgment.

3.  Defendants have agreed to enter into an Agreement for Judgment against defendant C&B.

4.     No party will be harmed by the reopening of this case. The third party defendant, Centennial Insurance Company, has already been dismissed from the action and the parties have agreed that defendant Bruce Ross will be dismissed.

WHEREFORE, plaintiffs seek to have this case reopened so that an Agreement for Judgment can be filed.

> Respectfully submitted,
>
> LOUIS RASETTA, et al,
> By their attorneys,
>
> ____/s/ Anne R. Sills_____
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  August 30, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Unopposed Motion to Reopen, she spoke with defendants attorney and the parties attempted in good faith to resolve or narrow the issue.

> __/s/ Anne R. Sills_____
> Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Unopposed Motion to Reopen has been served by first class mail upon defendant's attorneys, Marshall Newman and Richard Joyce at Newman & Newman, One McKinley Square, Boston, MA 02109 this 30th day of August, 2005.

> __/s/ Anne R. Sills_____
> Anne R. Sills, Esquire

L:\ASills\3118\05-004c&bconstmngmtetal\motiontoreopen.doc