**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LOUIS RASETTA, et al,
                    Plaintiffs


                    vs.


C&B CONSTRUCTION MANAGEMENT TRUST,
INC. and BRUCE ROSS,
                    Defendants and Third-Party Plaintiffs          Case No. 04-11716 RWZ


                    vs.


CENTENNIAL INSURANCE COMPANY,
                    Third-Party Defendant

**JOINT MOTION FOR APPROVAL**
**OF AGREEMENT FOR JUDGMENT**

        Now come the parties in the above-captioned matter and move this court to approve the

Agreement for Judgment filed herewith.  As grounds therefore, the parties state as follows:

        1.        This is an action for unpaid fringe benefit contributions brought pursuant to the

Employee Retirement Income Security Act, 29 U.S.C. §1001 et seq.;

        2.        The parties have resolved this action based on defendant C&B Construction

Management Trust, Inc.'s ("C&B") agreement to the Entry of Judgment against it in the amount

of $40,918.86 in unpaid and underpaid contributions, dues and interest for the period 2001

through 2004 pursuant to the terms of the attached Settlement Agreement and the Plaintiffs

Louis Rasetta, et al's agreement to dismiss Bruce Ross from this litigation and to waive their

claims against Ashland Engineering Co., Inc.

        3.        A proposed Order and Judgment is filed herewith.  The parties expressly waive

any claim of appeal or error on the basis that the final judgment incorporates the Agreement for

Judgment.

Respectfully submitted,

LOUIS RASETTA, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208


C&B CONSTRUCTION MANAGEMENT
TRUST, INC. and BRUCE ROSS,

By their attorneys,

/s/ Richard Joyce
Richard Joyce, Esquire
BBO #641495
Marshall F. Newman, Esquire
BBO #370560
Newman & Newman, P.C.
One McKinley Square
Boston, MA  02109
(617) 227-3361

Dated:  October 5, 2005

### CERTIFICATE OF SERVICE

I hereby certify that the above Joint Motion for Approval of Agreement for Judgment has been served by first class mail upon the defendants attorney's Richard Joyce and Marshall F. Newman at Newman & Newman, P.C., One McKinley Square, Boston, MA  02109 this 5th day of October, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
3118 05-004/motion-joint-approvagr.doc