UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS RASETTA, et al,
        Plaintiffs

vs.

C&B CONSTRUCTION MANAGEMENT TRUST,
INC. and BRUCE ROSS,
        Defendants and Third-Party Plaintiffs

vs.

CENTENNIAL INSURANCE COMPANY,
        Third-Party Defendant

Case No. 04-11716 RWZ

## AGREEMENT FOR JUDGMENT

The parties, Louis Rasetta as he is Trustee, et al ("the Funds") and C&B Construction Management Trust, Inc. ("C&B") and Bruce Ross ("Ross") agree to settle the Funds' claims against C&B and Ross, brought pursuant to §502 of the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, in accordance with the terms of the Settlement Agreement attached hereto and incorporated herein.

Pursuant to the terms of that Settlement Agreement, the parties agree to the entry of Judgment against C&B in the amount of $40,918.86, representing unpaid and underpaid contributions, interest and dues for the period 2001 through 2004 and to the dismissal of claims against Bruce Ross.

The parties expressly waive any claim of appeal or error on the basis that the final judgment incorporates the Agreement for Judgment.

                  Respectfully submitted,

                  LOUIS RASETTA, et al,

                  By their attorneys,

                  /s/ Anne R. Sills
                  Anne R. Sills, Esquire
                  BBO #546576
                  Gregory A. Geiman
                  BBO #655207
                  Segal, Roitman & Coleman
                  11 Beacon Street, Suite #500
                  Boston, MA  02108
                  (617) 742-0208


                  C&B CONSTRUCTION MANAGEMENT
                  TRUST, INC. and BRUCE ROSS,

                  By their attorneys,

                  /s/ Richard Joyce
                  Richard Joyce, Esquire
                  BBO #641495
                  Marshall F. Newman, Esquire
                  BBO #370560
                  Newman & Newman, P.C.
                  One McKinley Square
                  Boston, MA  02109
                  (617) 227-3361

Dated:  October 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the above Agreement for Judgment has been served by first class mail upon the defendants attorney's Richard Joyce and Marshall F. Newman at Newman & Newman, P.C., One McKinley Square, Boston, MA  02109 this 5th day of October, 2005.

                  /s/ Anne R. Sills
                  Anne R. Sills, Esquire

ARS/ars&ts
3118 05-004/agrmntjdg.doc