UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS RASETTA, et al,
        Plaintiffs

vs.

C&B CONSTRUCTION MANAGEMENT TRUST,
INC. and BRUCE ROSS,
        Defendants and Third-Party Plaintiffs

Case No. 04-11716 RWZ

vs.

CENTENNIAL INSURANCE COMPANY,
        Third-Party Defendant

## ORDER AND FINAL JUDGMENT

This matter having come before the court on the parties' Joint Motion for Approval of Agreement for Judgment, it is hereby ORDERED.

1) The Motion for Approval of Agreement for Judgment ("Agreement") is ALLOWED and the Agreement is APPROVED.

2) Judgment is entered against C&B Construction Management Trust, Inc. in accordance with the terms of the Agreement for Judgment.

SO ORDERED.

_____
The Honorable Rya W. Zobel
United States District Judge

Dated: _____

ARS/ars&ts
3118 05-004/ord&judg.doc