# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS RASETTA, et al,<br>  Plaintiffs<br><br>vs.<br><br>C&B CONSTRUCTION MANAGEMENT TRUST,<br>INC. and BRUCE ROSS,<br>  Defendants and Third-Party Plaintiffs<br><br>vs.<br><br>CENTENNIAL INSURANCE COMPANY,<br>  Third-Party Defendant | Case No. 04-11716 RWZ |

## ORDER AND FINAL JUDGMENT

This matter having come before the court on the parties' Joint Motion for Approval of Agreement for Judgment, it is hereby ORDERED.

1) The Motion for Approval of Agreement for Judgment ("Agreement") is ALLOWED and the Agreement is APPROVED.

2) Judgment is entered against C&B Construction Management Trust, Inc. in accordance with the terms of the Agreement for Judgment.

SO ORDERED.

Dated: October 21, 2005

The Honorable Rya W. Zobel
United States District Judge

ARS/ars&ts
3118 05-004/order judg.doc